**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8088**

KENNETH RAY MITCHELL,

                    Plaintiff - Appellant,

          v.

LIEUTENANT BOLIN, Sheriff Dept Richland Co; LOTT LEON; SC,
All ECT; RICHLAND COUNTY PUBLIC SERVANT'S TOP AUTHORITY'S;
AG A W, also known as Alan Wilson; CS CT GOVERNOR NIKKI
HALEY; DAN JOHNSON, Solicitor; CHIEF JUSTICE J H T; DEPUTY
1431, 1411,

                    Defendants – Appellees,

          and

SHERIFF DEPUTY OF RICHLAND COUNTY; SOUTH CAROLINA, STATE OF;
SHERIFF AS DEPUTY SOLICITOR AGSSCT; BADGE NO. 1411; SHERIFF
ELECTIED,

                    Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:12-cv-01714-CMC)

Submitted:  February 21, 2013      Decided:  February 26, 2013

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Ray Mitchell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Ray Mitchell appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mitchell v. Bolin, No. 3:12-cv-01714-CMC (D.S.C. filed Nov. 8, 2012 & entered Nov. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED